## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 6 WM 2021
:
Respondent   :
:
:
v.   :
:
:
DARNELL REED-YOUNG,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within five days of this order.